Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
dpk@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Sandra M. Munoz and Henry T. Munoz, ) | Case No. CV-10-07835-GHK (FFMx) |
| Plaintiff, ) | NOTICE OF SETTLEMENT |
| vs. ) | |
| NCO Financial Systems, Inc., ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiffs Sandra M. Munoz and Henry T. Munoz and Defendant NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

///

///

///

Notice of Settlement

1

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 6, 2011, for filing dispositional documents.

Dated: June 6, 2011              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Sondra R. Levine*
_____
Sondra R. Levine
Attorneys for Defendant NCO Financial Systems, Inc.