Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com

Attorneys for Plaintiffs, Sandra M. Munoz and Henry T. Munoz

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dpk@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| Sandra M. Munoz and Henry T. Munoz, ) | Case No.  CV-10-07835-GHK (FFMx) |
| ) | |
| Plaintiff, ) | JOINT STIPULATION AND MOTION |
| ) | TO DISMISS ENTIRE ACTION WITH |
| vs. ) | PREJUDICE |
| ) | |
| NCO Financial Systems, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiffs Sandra M. Munoz and Henry T. Munoz and Defendant NCO Financial Systems, Inc., through their designated counsel of record, hereby stipulate and agree that

the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

Respectfully submitted,

Dated: July 6, 2011          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Sondra R. Levine*
Sondra R. Levine
Attorney for Defendant NCO Financial Systems, Inc.

Dated:  July 6, 2011         KROHN & MOSS, LTD

*/s/Nicholas J. Bontrager*
Nicholas J. Bontrager
Attorney for Plaintiffs Sandra and Henry Munoz