**FILED:  7/11/11**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Sandra M. Munoz and Henry T. Munoz, | )  Case No.  CV-10-07835-GHK (FFMx) |
| Plaintiff, | )  [~~PROPOSED~~] ORDER GRANTING |
| vs. | )  JOINT STIPULATION AND MOTION<br>)  TO DISMISS ENTIRE ACTION WITH<br>)  PREJUDICE |
| NCO Financial Systems, Inc., | ) |
| Defendant. | ) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  7/8/11

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Stipulation And Motion To Dismiss Entire Action With Prejudice
1